# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO.: 5:06CV 79

| | |
|---|---|
| WILLIAM J. LOPEZ, Individually and on Behalf of All Other persons similarly situated | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| GAINES MOTOR LINES, INC., | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION TO ALLOW
## KATHLEEN G. HENDERSON TO PROCEED PRO HAC VICE

Defendant Gaines Motor Lines, Inc. has filed a motion to permit Kathleen G. Henderson to be admitted *pro hac vice* in this matter with Forrest Ferrell of the firm of Sigmon, Clark, Mackie, Hutton, Hanvey & Ferrell, P.A., in Hickory, North Carolina as local counsel. Counsel represents that the fee for admission has been tendered to the Clerk of Court.

The motion is hereby GRANTED.

Signed: July 14, 2006

David C. Keesler
United States Magistrate Judge