UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

---

WILLIAM J. LOPEZ, Individually and
on Behalf of All other persons similarly situated,

        Plaintiffs,

-against-

GAINES MOTOR LINES, INC.

        Defendant.

---

Civil Action No.: 5-06 CV 79-V

**Electronically Filed**

## ORDER FOR ADMISSION *PRO HAC VICE*

Marc A. Susswein is hereby admitted to appear *pro hac vice* in the above-captioned proceeding as counsel for Plaintiff William Lopez.

**IT IS SO ORDERED**.

Signed: August 9, 2006

_____
David C. Keesler
United States Magistrate Judge